904

■ LOUISE THIFAULT et al., Appellants, v. RAFT & SON, INC., Formerly Known as KIONION REALTY CORPORATION et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur—Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.

■ E. RICHARD BAGAROZY et al., Respondents-Appellants, v. MARIA CALLAS, Also Known as MARIA MENEGHINI, Defendant. METROPOLITAN OPERA ASSOCIATION, INC., Third-Party Appellant-Respondent.— Order unanimously reversed and the motion to set aside and vacate the ex parte order directing the examination of the third-party appellant-respondent granted, with $20 costs and disbursements to the third-party appellant, and the cross appeal of plaintiffs, having become moot, hereby is dismissed. On these papers there is no showing that there is reason to suspect that the third party has made an untrue certificate or failed fully to set forth the facts required to be shown by section 918 of the Civil Practice Act. The statute does not authorize examinations in order to provide information for the making of a new and better levy. Concur—Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.

■ JOANNA INNOCENTI, an Infant, by Her Guardian ad Litem, LOUIS INNOCENTI, et al., Appellants, v. EDITH R. CORN, Respondent, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur—Breitel, J. P., Rabin, Frank and McNally, JJ.

■ ALFRED PASCALE et al., Appellants, v. MAX GRAFF et al., Individually and as Copartners Doing Business as TOWNSEND GRAFF & CO., Respondents.— Order entered December 3, 1956, denying plaintiffs' motion to modify defendants' notice of examination before trial, unanimously affirmed, without costs. The date for the examination to proceed shall be fixed in the order. Order entered December 3, 1956, granting defendants' motion to strike out certain matter, unanimously modified so as to reinstate the deleted or stricken items and, as so modified, affirmed, without costs. The items are relevant, material and within the scope of the pleadings and issues. The date for the examination to proceed shall be fixed in the order and such date shall be five days after completion of the examination before trial of the plaintiffs. Order entered December 3, 1956, providing that if defendants lack any knowledge as to any items in plaintiffs' demand for a bill of particulars, a further bill be served within 10 days after completion of plaintiffs' examination before trial, unanimously affirmed, without costs. No opinion. Settle orders on notice. Concur —Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.

■ HELEN KLEIN et al., Appellants, v. MARTHA SALANT et al., Respondents.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion for a preference granted. Upon the record before this court, the granting of a preference was warranted. Concur—Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.

■ HELEN KLEIN et al., Appellants, v. MARTHA SALANT et al., Respondents.— Appeal from order entered June 25, 1956, granting plaintiffs' motion for reargument and, upon reargument adhering to the original decision, having become academic by virtue of the decision of this court in Klein v. Salant (3 A D 2d 904) hereby is dismissed. Concur—Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.

■ ISAAC HASSID, Respondent, v. JACK KAY, Appellant. JACK KAY, Plaintiff, v. ERNST COHN et al., Defendants. JACK KAY, Plaintiff, v. SOUREN SEREBRAKIAN et al., Defendants. JACK KAY, Plaintiff, v. JOHN DE LUCA, Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur—Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.